UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 09-20105FL

v.                                                                     Hon.  Sean F. Cox

D-3 TYREE DYE,

    Defendant.
_____/

## MEMORANDUM OF STATUS
## CONFERENCE AND ORDER

       Counsel for all parties having appeared before Judge Cox on September 4, 2009, for a Status Conference, and the parties having stipulated to same;

       IT IS HEREBY ORDERED that the plea cutoff/hearing is set for **Friday, September 18, 2009 at 3:45 p.m.,** in Courtroom 127, 600 Church Street, Flint, MI.  Should a plea not be entered, a Final Pre-Trial Conference will be held.

       IT IS FURTHER ORDERED that Trial shall commence on **September 29, 2009 at 8:30 a.m.**

                                                 S/Sean F. Cox
                                                 Sean F. Cox
                                                 United States District Judge

Dated:  September 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2009, by electronic and/or ordinary mail.

                                                 S/Jennifer Hernandez
                                                 Case Manager