UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                          Case No. 09-20105

Tyree Cornelius Dye,                  Honorable Sean F. Cox

    Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NOS. 142, 143, AND 144

On September 24, 2010, the Court received three pro se motions from Defendant Tyree Cornelius Dye ("Defendant"), including a motion to show cause (Doc. No. 142), a motion to request bond (Doc. No.143), and a motion to withdraw his plea (Doc. No. 144).

Because Defendant is currently represented by counsel, William Swor, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and pro se by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner, and will therefore strike Defendant's pro se motions, Docket Entry Nos.141, 142, and 143.

Accordingly, IT IS ORDERED that Docket Entry Nos. 141, 142, and 143 are hereby

STRICKEN.

    IT IS SO ORDERED.

                                  S/Sean F. Cox
                                  Sean F. Cox
                                  United States District Judge

Dated: September 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2010, by electronic and/or ordinary mail.

                                  S/Jennifer Hernandez
                                  Case Manager